[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12916

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

ADRIAN LAMAR WARREN,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:14-cr-00023-TKW-1

_____

_____

No. 23-12917

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

ADRIAN LAMAR WARREN,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:22-cr-00084-TKW-1

_____

Before JORDAN, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

Megan Saillant, appointed counsel for Adrian Lamar Warren in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

23-12916                Opinion of the Court                3

*California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Warren's conviction and sentence are **AFFIRMED**.